IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**MIRADOR 1200 CONDOMINIUM**              **CASE NO: 13 022410 CA 01**
**ASSOCIATION, INC.**                     **DIVISION: 10**

     **Plaintiff**

vs.

**JOEL I. KRUGER, ET AL,**

     **Defendant(s)**
_____\

**AFFIDAVIT OF PLAINTIFF IN SUPPORT OF**
**MOTION FOR FINAL JUDGMENT**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority duly authorized to administer oaths and take acknowledgments, personally appeared, Kevin Rhoades, by me first duly sworn, deposes and says:

1.    The undersigned has personal knowledge of the record keeping procedures of Business Law Group, P.A.. The records attached were made at or near the time of the event, made by or from information transmitted by a person with knowledge, kept in the ordinary course of a regularly conducted business activity. It is a regular practice of Business Law Group, P.A. to make the record.

2.    The undersigned is an Account Services Representative with Business Law Group, P.A., the Attorney of Record for MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC.

3.    The Plaintiff, MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC. is a Florida not for profit corporation lawfully existing under the laws of the State of Florida, and is the condominium association of that certain development known as "MIRADOR 1200" located in Miami-Dade County, Florida.

4.    The Defendants, Joel I. Kruger and Shana A. Kruger, the owners of property at 1200 West Ave, Unit #810, Miami Beach, FL 33139, the description of which unit is stated in

the Complaint filed in the above-styled case, owes the Plaintiff as of the date of this Affidavit the sum of $48,750.83 which is comprised of past due assessments, finance charges and late fees are recoverable under the terms of the Declaration of Condominium of the Plaintiff and section 718.116(6)(a), Florida Statutes. Each month after the date of this Affidavit, following the expiration of the grace period with the full balance going unpaid, an additional late fee of $25.00 will be charged along with finance charges accruing at a rate of 18% per year.

5.    Additionally, the Defendants owe the Plaintiff attorney's fees and costs of litigation pursuant to the terms of the Declaration of Plaintiff. Attorney's fees and costs are recoverable under the terms of the Declaration of Condominium of the Plaintiff and section 718.116(6)(a), Florida Statutes. The total sum owed Plaintiff by the Defendant as of the date of this Affidavit is $53,119.08.

6.    Plaintiff, MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC. has asserted its Claim of Lien against the condominium unit in order to secure payment of all sums owed under F.S. 718.116.

FURTHER AFFIANT SAYETH NAUGHT.


Kevin Rhoades
Account Services Representative
Business Law Group, P.A.


STATE OF FLORIDA          )
COUNTY OF HILLSBOROUGH    )

Sworn to and subscribed before me on October 28, 2014         , by Kevin Rhoades as Account Services Representative of Business Law Group, P.A., the Authorized Agent of MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC.


Notary Public – State of Florida

Personally Known ____✓____
OR
Produced Identification _____

LUIS GARCIA
MY COMMISSION # EE212272
EXPIRES June 27, 2016
(407) 398-0153    FloridaNotaryService.com

Type of Identification Produced _____

# Business Law Group, P.A.

**MIRADOR 1200 Unit 810 - Detailed Balance**

### 1200 West Ave #810 Miami Beach FL 33139

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Invoice | Assessments Owed (1/1/2009 ) | 1/1/2009 | $445.38 | $445.38 |
| Invoice | Assessments Owed (2/1/2009 ) | 2/1/2009 | $445.38 | $890.76 |
| Invoice | Admin Late Fees (2/1/2009 For: ASSESS 1/1/2009 ) | 2/1/2009 | $25.00 | $915.76 |
| Invoice | Finance Charges (2/1/2009 ) | 2/1/2009 | $6.81 | $922.57 |
| Invoice | Finance Charges (3/1/2009 ) | 3/1/2009 | $12.30 | $934.87 |
| Invoice | Assessments Owed (3/1/2009 ) | 3/1/2009 | $445.38 | $1,380.25 |
| Invoice | Admin Late Fees (3/1/2009 For: ASSESS 2/1/2009 ) | 3/1/2009 | $25.00 | $1,405.25 |
| Invoice | Admin Late Fees (4/1/2009 For: ASSESS 3/1/2009 ) | 4/1/2009 | $25.00 | $1,430.25 |
| Invoice | Finance Charges (4/1/2009 ) | 4/1/2009 | $20.43 | $1,450.68 |
| Invoice | Assessments Owed (4/1/2009 ) | 4/1/2009 | $445.38 | $1,896.06 |
| Invoice | Assessments Owed (5/1/2009 ) | 5/1/2009 | $445.38 | $2,341.44 |
| Invoice | Admin Late Fees (5/1/2009 For: ASSESS 4/1/2009 ) | 5/1/2009 | $25.00 | $2,366.44 |
| Invoice | Finance Charges (5/1/2009 ) | 5/1/2009 | $26.36 | $2,392.80 |
| Invoice | Assessments Owed (6/1/2009 ) | 6/1/2009 | $445.38 | $2,838.18 |
| Invoice | Finance Charges (6/1/2009 ) | 6/1/2009 | $34.04 | $2,872.22 |
| Invoice | Admin Late Fees (6/1/2009 For: ASSESS 5/1/2009 ) | 6/1/2009 | $25.00 | $2,897.22 |
| Credit | Payment - INT (6/25/2009 ck#292 ) | 6/25/2009 | ($99.94) | $2,797.28 |
| Credit | Payment - LATE (6/25/2009 ck#292 ) | 6/25/2009 | ($125.00) | $2,672.28 |
| Credit | Payment - ASSESS (6/25/2009 ck#292 ) | 6/25/2009 | ($220.44) | $2,451.84 |
| Invoice | Admin Late Fees (7/1/2009 For: ASSESS 6/1/2009 ) | 7/1/2009 | $25.00 | $2,476.84 |
| Invoice | Assessments Owed (7/1/2009 ) | 7/1/2009 | $445.38 | $2,922.22 |
| Invoice | Assessments Owed - Special Assessment (7/1/2009 ) | 7/1/2009 | $178.27 | $3,100.49 |
| Invoice | Finance Charges (7/1/2009 ) | 7/1/2009 | $38.88 | $3,139.37 |
| Credit | Payment - LATE (7/23/2009 ck# 288 ) | 7/23/2009 | ($25.00) | $3,114.37 |
| Credit | Payment - INT (7/23/2009 ck# 288 ) | 7/23/2009 | ($38.88) | $3,075.49 |

**EXHIBIT A**

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Credit | Payment - ASSESS (7/23/2009 ck# 288 ) | 7/23/2009 | ($936.12) | $2,139.37 |
| Invoice | Assessments Owed (8/1/2009 ) | 8/1/2009 | $445.38 | $2,584.75 |
| Invoice | Admin Late Fees (8/1/2009 For: SP_ASSESS 7/1/2009 AND ASSESS 7/1/2009 ) | 8/1/2009 | $50.00 | $2,634.75 |
| Invoice | Finance Charges (8/1/2009 ) | 8/1/2009 | $42.86 | $2,677.61 |
| Invoice | Assessments Owed - Special Assessment (8/1/2009 ) | 8/1/2009 | $178.27 | $2,855.88 |
| Invoice | Finance Charges (9/1/2009 ) | 9/1/2009 | $42.24 | $2,898.12 |
| Invoice | Admin Late Fees (9/1/2009 For: SP_ASSESS 8/1/2009 AND ASSESS 8/1/2009 ) | 9/1/2009 | $50.00 | $2,948.12 |
| Invoice | Assessments Owed (9/1/2009 ) | 9/1/2009 | $445.38 | $3,393.50 |
| Invoice | Assessments Owed - Special Assessment (9/1/2009 ) | 9/1/2009 | $178.27 | $3,571.77 |
| Credit | Payment - INT (9/8/2009 ck#501 ) | 9/8/2009 | ($85.10) | $3,486.67 |
| Credit | Payment - ASSESS (9/8/2009 ck#501 ) | 9/8/2009 | ($814.90) | $2,671.77 |
| Credit | Payment - LATE (9/8/2009 ck#501 ) | 9/8/2009 | ($100.00) | $2,571.77 |
| Invoice | Assessments Owed - Special Assessment (10/1/2009 ) | 10/1/2009 | $178.27 | $2,750.04 |
| Invoice | Assessments Owed (10/1/2009 ) | 10/1/2009 | $445.38 | $3,195.42 |
| Invoice | Admin Late Fees (10/1/2009 For: ASSESS 9/1/2009 AND SP_ASSESS 9/1/2009 ) | 10/1/2009 | $50.00 | $3,245.42 |
| Invoice | Finance Charges (10/1/2009 ) | 10/1/2009 | $40.86 | $3,286.28 |
| Invoice | Assessments Owed - Special Assessment (11/1/2009 ) | 11/1/2009 | $178.27 | $3,464.55 |
| Invoice | Finance Charges (11/1/2009 ) | 11/1/2009 | $48.85 | $3,513.40 |
| Invoice | Admin Late Fees (11/1/2009 For: SP_ASSESS 10/1/2009 AND ASSESS 10/1/2009 ) | 11/1/2009 | $50.00 | $3,563.40 |
| Invoice | Assessments Owed (11/1/2009 ) | 11/1/2009 | $445.38 | $4,008.78 |
| Credit | Payment - ASSESS (11/9/2009 ck#105 ) | 11/9/2009 | ($810.29) | $3,198.49 |
| Credit | Payment - INT (11/9/2009 ck#105 ) | 11/9/2009 | ($89.71) | $3,108.78 |
| Credit | Payment - LATE (11/9/2009 ck#105 ) | 11/9/2009 | ($100.00) | $3,008.78 |
| Invoice | Finance Charges (12/1/2009 ) | 12/1/2009 | $47.71 | $3,056.49 |
| Invoice | Assessments Owed (12/1/2009 ) | 12/1/2009 | $445.38 | $3,501.87 |
| Invoice | Admin Late Fees (12/1/2009 For: ASSESS 11/1/2009 AND SP_ASSESS 11/1/2009 ) | 12/1/2009 | $50.00 | $3,551.87 |

| Type | Account | Date | Amount | Balance |
|---|---|---|---|---|
| Invoice | Assessments Owed - Special Assessment (12/1/2009 ) | 12/1/2009 | $178.27 | $3,730.14 |
| Invoice | Underwriting Costs (UW2009) | 12/29/2009 | $125.00 | $3,855.14 |
| Invoice | Assessments Owed (ASSESS0110) | 1/4/2010 | $406.29 | $4,261.43 |
| Invoice | Finance Charges (FC0110) | 1/4/2010 | $54.43 | $4,315.86 |
| Invoice | Admin Late Fees (ADMIN0110) | 1/4/2010 | $25.00 | $4,340.86 |
| Invoice | Legal Fees (LEGALNFA) | 1/8/2010 | $180.00 | $4,520.86 |
| Invoice | Finance Charges (FC0210 ) | 2/1/2010 | $60.64 | $4,581.50 |
| Invoice | Assessments Owed (ASSESS0210 ) | 2/1/2010 | $406.29 | $4,987.79 |
| Invoice | Admin Late Fees (ADMIN0210 ) | 2/1/2010 | $25.00 | $5,012.79 |
| Invoice | Assessments Owed - Accelerated Through 2010 (ACCEL0210) | 2/8/2010 | $4,062.90 | $9,075.69 |
| Payment | Payment - 111 (111) | 2/23/2010 | ($406.29) | $8,669.40 |
| Invoice | Finance Charges (FC0310) | 3/1/2010 | $116.49 | $8,785.89 |
| Invoice | Admin Late Fees (ADMIN0310) | 3/1/2010 | $25.00 | $8,810.89 |
| Invoice | Lien Costs (LIENFEE) | 3/23/2010 | $20.00 | $8,830.89 |
| Payment | Payment - 531 (531) | 3/23/2010 | ($406.29) | $8,424.60 |
| Invoice | Legal Fees (LEGALLIEN) | 3/23/2010 | $180.00 | $8,604.60 |
| Invoice | Admin Late Fees (ADMIN0410) | 4/1/2010 | $25.00 | $8,629.60 |
| Invoice | Finance Charges (FC0410) | 4/1/2010 | $128.97 | $8,758.57 |
| Payment | Payment - 540 (540) | 4/22/2010 | ($406.29) | $8,352.28 |
| Invoice | Finance Charges (FC0510) | 5/1/2010 | $122.96 | $8,475.24 |
| Invoice | Admin Late Fees (ADMIN0510) | 5/1/2010 | $25.00 | $8,500.24 |
| Payment | Payment - 114 (114) | 5/10/2010 | ($406.29) | $8,093.95 |
| Invoice | Finance Charges (FC0610) | 6/1/2010 | $123.11 | $8,217.06 |
| Invoice | Admin Late Fees (ADMIN0610) | 6/1/2010 | $25.00 | $8,242.06 |
| Payment | Payment - 516 (516) | 6/16/2010 | ($406.29) | $7,835.77 |
| Invoice | Finance Charges (FC0710) | 7/1/2010 | $115.32 | $7,951.09 |
| Invoice | Admin Late Fees (ADMIN0710) | 7/1/2010 | $25.00 | $7,976.09 |
| Invoice | Legal Fees (RENTINIT) | 7/13/2010 | $180.00 | $8,156.09 |

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Payment | Payment - 517 (517) | 7/22/2010 | ($406.29) | $7,749.80 |
| Invoice | Finance Charges (FC0810) | 8/1/2010 | $117.85 | $7,867.65 |
| Invoice | Admin Late Fees (ADMIN0810) | 8/1/2010 | $25.00 | $7,892.65 |
| Payment | Payment - 119 (119) | 8/11/2010 | ($406.29) | $7,486.36 |
| Invoice | Finance Charges (FC0910 ) | 9/1/2010 | $113.82 | $7,600.18 |
| Invoice | Admin Late Fees (ADMIN0910 ) | 9/1/2010 | $25.00 | $7,625.18 |
| Payment | Payment - 563 (563) | 9/22/2010 | ($406.29) | $7,218.89 |
| Invoice | Finance Charges (INT1010) | 10/1/2010 | $106.20 | $7,325.09 |
| Invoice | Admin Late Fees (LATE1010) | 10/1/2010 | $25.00 | $7,350.09 |
| Payment | Payment - 567 (567) | 10/18/2010 | ($406.29) | $6,943.80 |
| Invoice | Admin Late Fees (LATE1110) | 11/1/2010 | $25.00 | $6,968.80 |
| Invoice | Finance Charges (INT1110) | 11/1/2010 | $105.53 | $7,074.33 |
| Payment | Payment - 569 (569) | 11/17/2010 | ($406.29) | $6,668.04 |
| Invoice | Finance Charges (INT1210) | 12/1/2010 | $98.05 | $6,766.09 |
| Invoice | Admin Late Fees (LATE1210) | 12/1/2010 | $25.00 | $6,791.09 |
| Payment | Payment - 571 (571) | 12/17/2010 | ($406.29) | $6,384.80 |
| Invoice | Finance Charges (INT0111) | 1/1/2011 | $96.98 | $6,481.78 |
| Invoice | Assessments Owed - Accelerated Through 2011 (ACCEL0111) | 1/1/2011 | $4,893.13 | $11,374.91 |
| Invoice | Assessments Owed (ASSESS0111) | 1/1/2011 | $444.83 | $11,819.74 |
| Invoice | Admin Late Fees (LATE0111) | 1/1/2011 | $25.00 | $11,844.74 |
| Payment | Payment - 577 (577) | 1/12/2011 | ($444.83) | $11,399.91 |
| Invoice | Admin Late Fees (LATE0211) | 2/1/2011 | $25.00 | $11,424.91 |
| Invoice | Finance Charges (INT0211) | 2/1/2011 | $173.65 | $11,598.56 |
| Payment | Payment - 591 (591) | 2/17/2011 | ($444.83) | $11,153.73 |
| Invoice | Admin Late Fees (LATE0311) | 3/1/2011 | $25.00 | $11,178.73 |
| Invoice | Finance Charges (INT0311) | 3/1/2011 | $153.45 | $11,332.18 |
| Invoice | Lien Costs (LIENFEE) | 3/8/2011 | $20.00 | $11,352.18 |
| Invoice | Legal Fees (LEGALLIEN) | 3/8/2011 | $180.00 | $11,532.18 |

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Payment | Payment - 580 (580) | 3/15/2011 | ($444.83) | $11,087.35 |
| Invoice | Admin Late Fees (LATE0411) | 4/1/2011 | $25.00 | $11,112.35 |
| Invoice | Finance Charges (INT0411) | 4/1/2011 | $168.88 | $11,281.23 |
| Payment | Payment - 597 (597) | 4/18/2011 | ($444.83) | $10,836.40 |
| Invoice | Finance Charges (INT0511) | 5/1/2011 | $159.72 | $10,996.12 |
| Invoice | Admin Late Fees (LATE0511) | 5/1/2011 | $25.00 | $11,021.12 |
| Payment | Payment - 598 (598) | 5/16/2011 | ($444.83) | $10,576.29 |
| Invoice | Finance Charges (INT0611) | 6/1/2011 | $161.06 | $10,737.35 |
| Invoice | Admin Late Fees (LATE0611) | 6/1/2011 | $25.00 | $10,762.35 |
| Payment | Payment - 599 (599) | 6/15/2011 | ($444.83) | $10,317.52 |
| Invoice | Admin Late Fees (LATE0711) | 7/1/2011 | $25.00 | $10,342.52 |
| Invoice | Finance Charges (INT0711) | 7/1/2011 | $152.04 | $10,494.56 |
| Payment | Payment - 601 (601) | 7/18/2011 | ($444.83) | $10,049.73 |
| Invoice | Finance Charges (INT0811) | 8/1/2011 | $153.01 | $10,202.74 |
| Invoice | Admin Late Fees (LATE0811) | 8/1/2011 | $25.00 | $10,227.74 |
| Payment | Payment - 605 (605) | 8/15/2011 | ($444.83) | $9,782.91 |
| Invoice | Admin Late Fees (LATE0911) | 9/1/2011 | $25.00 | $9,807.91 |
| Invoice | Finance Charges (INT0911) | 9/1/2011 | $148.93 | $9,956.84 |
| Payment | Payment - 608 (608) | 9/22/2011 | ($444.83) | $9,512.01 |
| Invoice | Admin Late Fees (LATE1011) | 10/1/2011 | $25.00 | $9,537.01 |
| Invoice | Finance Charges (INT1011) | 10/1/2011 | $140.12 | $9,677.13 |
| Invoice | Finance Charges (INT1111) | 11/1/2011 | $144.79 | $9,821.92 |
| Invoice | Admin Late Fees (LATE1111) | 11/1/2011 | $25.00 | $9,846.92 |
| Invoice | Finance Charges (INT1211) | 12/1/2011 | $140.12 | $9,987.04 |
| Invoice | Admin Late Fees (LATE1211) | 12/1/2011 | $25.00 | $10,012.04 |
| Invoice | Assessments Owed - Accelerated Through 2012 (ACCEL0112) | 1/1/2012 | $4,893.13 | $14,905.17 |
| Invoice | Admin Late Fees (LATE0112) | 1/1/2012 | $25.00 | $14,930.17 |
| Invoice | Finance Charges (INT0112) | 1/1/2012 | $144.80 | $15,074.97 |

| Type | Account | Date | Amount | Balance |
|---|---|---|---|---|
| Invoice | Assessments Owed (ASSESS0112) | 1/1/2012 | $444.83 | $15,519.80 |
| Invoice | Admin Late Fees (LATE0212) | 2/1/2012 | $25.00 | $15,544.80 |
| Invoice | Finance Charges (INT0212) | 2/1/2012 | $226.40 | $15,771.20 |
| Invoice | Legal Fees (LEGALLIEN) | 2/21/2012 | $180.00 | $15,951.20 |
| Invoice | Lien Costs (LIENFEE) | 2/21/2012 | $20.00 | $15,971.20 |
| Invoice | Admin Late Fees (LATE0312) | 3/1/2012 | $25.00 | $15,996.20 |
| Invoice | Finance Charges (INT0312) | 3/1/2012 | $211.80 | $16,208.00 |
| Invoice | Admin Late Fees (LATE0412) | 4/1/2012 | $25.00 | $16,233.00 |
| Invoice | Finance Charges (INT0412) | 4/1/2012 | $226.40 | $16,459.40 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 5/1/2012 | $229.20 | $16,688.60 |
| Invoice | Admin Late Fees (LATE0512) | 5/1/2012 | $25.00 | $16,713.60 |
| Invoice | Finance Charges (INT0512) | 5/1/2012 | $219.10 | $16,932.70 |
| Invoice | Finance Charges (INT0612) | 6/1/2012 | $229.91 | $17,162.61 |
| Invoice | Admin Late Fees (LATE0612) | 6/1/2012 | $25.00 | $17,187.61 |
| Invoice | Admin Late Fees (Recurring Charge ) | 6/1/2012 | $25.00 | $17,212.61 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 6/1/2012 | $229.20 | $17,441.81 |
| Invoice | Admin Late Fees (Recurring Charge ) | 7/1/2012 | $25.00 | $17,466.81 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 7/1/2012 | $229.20 | $17,696.01 |
| Invoice | Admin Late Fees (LATE0712) | 7/1/2012 | $25.00 | $17,721.01 |
| Invoice | Finance Charges (INT0712) | 7/1/2012 | $225.88 | $17,946.89 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 8/1/2012 | $229.20 | $18,176.09 |
| Invoice | Finance Charges (INT0812) | 8/1/2012 | $236.91 | $18,413.00 |
| Invoice | Admin Late Fees (Recurring Charge ) | 8/1/2012 | $25.00 | $18,438.00 |
| Invoice | Admin Late Fees (LATE0812) | 8/1/2012 | $25.00 | $18,463.00 |
| Invoice | Admin Late Fees (Recurring Charge ) | 9/1/2012 | $25.00 | $18,488.00 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 9/1/2012 | $229.20 | $18,717.20 |

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Invoice | Admin Late Fees (LATE0912) | 9/1/2012 | $25.00 | $18,742.20 |
| Invoice | Finance Charges (INT0912) | 9/1/2012 | $240.42 | $18,982.62 |
| Invoice | Finance Charges (INT1012) | 10/1/2012 | $239.44 | $19,222.06 |
| Invoice | Admin Late Fees (Recurring Charge ) | 10/1/2012 | $25.00 | $19,247.06 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 10/1/2012 | $229.20 | $19,476.26 |
| Invoice | Admin Late Fees (LATE1012) | 10/1/2012 | $25.00 | $19,501.26 |
| Invoice | Finance Charges (INT1112) | 11/1/2012 | $247.43 | $19,748.69 |
| Invoice | Admin Late Fees (LATE1112) | 11/1/2012 | $25.00 | $19,773.69 |
| Invoice | Admin Late Fees (S/A LATE FEE ) | 11/1/2012 | $25.00 | $19,798.69 |
| Invoice | Finance Charges (INT1212) | 12/1/2012 | $239.44 | $20,038.13 |
| Invoice | Admin Late Fees (LATE1212) | 12/1/2012 | $25.00 | $20,063.13 |
| Invoice | Admin Late Fees (LATE0113) | 1/1/2013 | $25.00 | $20,088.13 |
| Invoice | Finance Charges (INT0113) | 1/1/2013 | $247.43 | $20,335.56 |
| Invoice | Assessments Owed - Accelerated Through 2013 (ACCEL0113) | 1/2/2013 | $5,337.96 | $25,673.52 |
| Invoice | Admin Late Fees (LATE0213) | 2/1/2013 | $25.00 | $25,698.52 |
| Invoice | Finance Charges (INT0213) | 2/1/2013 | $329.03 | $26,027.55 |
| Invoice | Legal Fees (LEGALLIEN) | 2/5/2013 | $180.00 | $26,207.55 |
| Invoice | Lien Costs (LIENFEE) | 2/5/2013 | $20.00 | $26,227.55 |
| Invoice | Admin Late Fees (LATE0313) | 3/1/2013 | $25.00 | $26,252.55 |
| Invoice | Finance Charges (INT0313) | 3/1/2013 | $297.19 | $26,549.74 |
| Invoice | Finance Charges (INT0413) | 4/1/2013 | $329.03 | $26,878.77 |
| Invoice | Admin Late Fees (LATE0413) | 4/1/2013 | $25.00 | $26,903.77 |
| Invoice | Admin Late Fees (LATE0513) | 5/1/2013 | $25.00 | $26,928.77 |
| Invoice | Assessments Owed - Special Assessment (SP_ASSESS) | 5/1/2013 | $200.48 | $27,129.25 |
| Invoice | Finance Charges (INT0513) | 5/1/2013 | $318.42 | $27,447.67 |
| Invoice | Admin Late Fees (s/a late fes) | 6/1/2013 | $25.00 | $27,472.67 |
| Invoice | Admin Late Fees (LATE0613) | 6/1/2013 | $25.00 | $27,497.67 |

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 6/1/2013 | $200.48 | $27,698.15 |
| Invoice | Finance Charges (INT0613) | 6/1/2013 | $329.03 | $28,027.18 |
| Invoice | Legal Costs (MIRADOR 1200  810 ) | 6/24/2013 | $60.00 | $28,087.18 |
| Invoice | Underwriting Costs (Foreclosure Title Search ) | 6/25/2013 | $200.00 | $28,287.18 |
| Invoice | Legal Costs (MIRADOR 1200  810 ) | 6/26/2013 | $420.75 | $28,707.93 |
| Invoice | Legal Fees (ASCFCL0713) | 6/26/2013 | $2,000.00 | $30,707.93 |
| Invoice | Finance Charges (INT0713) | 7/1/2013 | $321.38 | $31,029.31 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 7/1/2013 | $200.48 | $31,229.79 |
| Invoice | Admin Late Fees (LATE0713) | 7/1/2013 | $25.00 | $31,254.79 |
| Invoice | Admin Late Fees (Recurring Charge ) | 7/1/2013 | $25.00 | $31,279.79 |
| Invoice | Admin Late Fees (LATE0813) | 8/1/2013 | $25.00 | $31,304.79 |
| Invoice | Admin Late Fees (S/A LATE FEE ) | 8/1/2013 | $25.00 | $31,329.79 |
| Invoice | Finance Charges (INT0813) | 8/1/2013 | $335.16 | $31,664.95 |
| Invoice | Finance Charges (INT0913) | 9/1/2013 | $335.16 | $32,000.11 |
| Invoice | Admin Late Fees (LATE0913) | 9/1/2013 | $25.00 | $32,025.11 |
| Invoice | Legal Costs (ADDL PROVEST COST ) | 9/2/2013 | $270.00 | $32,295.11 |
| Invoice | Admin Late Fees (LATE1013) | 10/1/2013 | $25.00 | $32,320.11 |
| Invoice | Finance Charges (INT1013) | 10/1/2013 | $324.35 | $32,644.46 |
| Invoice | Admin Late Fees (LATE1113) | 11/1/2013 | $25.00 | $32,669.46 |
| Invoice | Finance Charges (INT1113) | 11/1/2013 | $335.16 | $33,004.62 |
| Invoice | Underwriting Costs (Final Judgment Title Search ) | 11/15/2013 | $50.00 | $33,054.62 |
| Invoice | Legal Costs (MIRADOR 1200  810 ) | 11/26/2013 | $155.00 | $33,209.62 |
| Invoice | Legal Costs (MIRADOR 1200  810 ) | 11/26/2013 | $70.00 | $33,279.62 |
| Invoice | Legal Costs (MIRADOR 1200  810 ) | 11/26/2013 | $250.00 | $33,529.62 |
| Invoice | Finance Charges (INT1213) | 12/1/2013 | $291.37 | $33,820.99 |
| Invoice | Admin Late Fees (LATE1213) | 12/1/2013 | $25.00 | $33,845.99 |
| Invoice | Admin Late Fees (LATE0114) | 1/1/2014 | $25.00 | $33,870.99 |
| Invoice | Finance Charges (INT0114) | 1/1/2014 | $335.16 | $34,206.15 |

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Invoice | Assessments Owed (ASSESS0114) | 1/1/2014 | $460.21 | $34,666.36 |
| Invoice | Assessments Owed - Accelerated Through 2014 (ACCEL0114) | 1/7/2014 | $5,062.31 | $39,728.67 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 1/8/2014 | $22.50 | $39,751.17 |
| Invoice | Lien Costs (LIENFEE) | 1/22/2014 | $20.00 | $39,771.17 |
| Invoice | Legal Fees (LEGALLIEN) | 1/22/2014 | $190.00 | $39,961.17 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 1/27/2014 | $22.50 | $39,983.67 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 1/27/2014 | $22.50 | $40,006.17 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 1/27/2014 | $22.50 | $40,028.67 |
| Invoice | Finance Charges (INT0214) | 2/1/2014 | $419.59 | $40,448.26 |
| Invoice | Admin Late Fees (LATE0214) | 2/1/2014 | $25.00 | $40,473.26 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 2/19/2014 | $22.50 | $40,495.76 |
| Invoice | Legal Fees (E Mail Correspondence; Hernandez 0.1 hrs @ 125 MIRADOR 1200:#810 ) | 2/19/2014 | $12.50 | $40,508.26 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 2/19/2014 | $22.50 | $40,530.76 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 2/26/2014 | $22.50 | $40,553.26 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 2/26/2014 | $22.50 | $40,575.76 |
| Invoice | Finance Charges (INT0314) | 3/1/2014 | $378.98 | $40,954.74 |
| Invoice | Admin Late Fees (LATE0314) | 3/1/2014 | $25.00 | $40,979.74 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 3/3/2014 | $22.50 | $41,002.24 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 3/3/2014 | $22.50 | $41,024.74 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 3/3/2014 | $22.50 | $41,047.24 |
| Invoice | Legal Fees (E Mail Correspondence; Brill 0.1 hrs @ 225 MIRADOR 1200:#810 ) | 3/3/2014 | $22.50 | $41,069.74 |

| Type | Account | Date | Amount | Balance |
|------|---------|------|--------|---------|
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 4/1/2014 | $7,986.98 | $49,056.72 |
| Invoice | Admin Late Fees (Recurring Charge ) | 4/1/2014 | $25.00 | $49,081.72 |
| Invoice | Admin Late Fees (LATE0414) | 4/1/2014 | $25.00 | $49,106.72 |
| Invoice | Finance Charges (INT0414) | 4/1/2014 | $419.59 | $49,526.31 |
| Invoice | Finance Charges (INT0514) | 5/1/2014 | $524.22 | $50,050.53 |
| Invoice | Assessments Owed - Special Assessment (Recurring Charge ) | 5/1/2014 | $190.16 | $50,240.69 |
| Invoice | Admin Late Fees (LATE0514) | 5/1/2014 | $25.00 | $50,265.69 |
| Invoice | Admin Late Fees (S/A LATE FEES) | 6/1/2014 | $25.00 | $50,290.69 |
| Invoice | Finance Charges (INT0614) | 6/1/2014 | $547.50 | $50,838.19 |
| Invoice | Admin Late Fees (LATE0614) | 6/1/2014 | $25.00 | $50,863.19 |
| Invoice | Admin Late Fees (LATE0714) | 7/1/2014 | $25.00 | $50,888.19 |
| Invoice | Finance Charges (INT0714) | 7/1/2014 | $529.84 | $51,418.03 |
| Invoice | Finance Charges (INT0814) | 8/1/2014 | $547.50 | $51,965.53 |
| Invoice | Admin Late Fees (LATE0814) | 8/1/2014 | $25.00 | $51,990.53 |
| Invoice | Admin Late Fees (LATE0914) | 9/1/2014 | $25.00 | $52,015.53 |
| Invoice | Finance Charges (INT0914) | 9/1/2014 | $547.50 | $52,563.03 |
| Invoice | Admin Late Fees (LATE1014) | 10/1/2014 | $25.00 | $52,588.03 |
| Invoice | Finance Charges (INT1014) | 10/1/2014 | $531.05 | $53,119.08 |

Subtotals:

| Account | Amount |
|---------|--------|
| Admin Late Fees | $1,200.00 |
| Assessments Owed | $35,895.34 |
| Lien Costs | $60.00 |
| Legal Costs | $1,225.75 |
| Underwriting Costs | $250.00 |
| Finance Charges | $11,655.49 |
| Legal Fees | $2,832.50 |
| TOTAL: | $53,119.08 |

TOTAL: **$53,119.08**