IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 09-48623 CA 02

MIRADOR 1200 CONDOMINIUM ASSOCIATION,
INC., a Florida not-for-profit corporation,
     Plaintiff,

vs.

PEDRAG VUJIN et al,
     Defendants.
_____/

**NOTICE OF FILING PLAINTIFF'S AFFIDAVIT IN SUPPORT OF RESPONSE IN
OPPOSITION TO DEFENDANT VUJIN'S MOTION FOR SUMMARY FINAL JUDGMENT**

     Plaintiff, MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC., by and through its

undersigned counsel hereby gives files an Affidavit of Amounts due and Owing in support of the

Association's Response in Opposition to Defendant Vujin's Motion for Summary Final Judgment.

**CERTIFICATE OF SERVICE**

     WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by

email on this __17th__ day of July, 2018, on Defendant Vujin at petermvujinesq@gmail.com and

Anthony D. La Grassa, Esq., Counsel for Defendant Traci L. Dickerson at

anthony@salpetergitkin.com .

 

_____
Melissa O'Connor, Esq.
Melissa@peytonbolin.com
Foreclosure@peytonbolin.com
Florida Bar No.: 44711
*Attorney for Plaintiff*

PeytonBolin, PL
3343 West Commercial Boulevard, Suite 100
Fort Lauderdale, Florida 33309
Telephone: (954) 316-1339
Facsimile: (954) 727-5776

DATE: 7/17/18 TIME: 8:53 AM       **Mirador 1200 Condominium Assoc**       Page: 2

**FINANCIAL TRANSACTIONS - 07/17/18**

1200 West Avenue # 824
Pedrag Vujin
Unit ID: 824
START DATE: 02/14/14     PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 020115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 37493.85 |
| 021115 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 37518.85 |
| | | | | | | | | |
| 030115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 37834.87 |
| 030115 | | APPLY CHARGES | | C4 | | 2015 LOBBY RENO | 138.83 | 37973.70 |
| 031315 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 37998.70 |
| 031315 | | INTEREST | | 04 | | Interest | 17.79 | 38016.49 |
| | | | | | | | | |
| 040115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 38332.51 |
| 040115 | | APPLY CHARGES | | C4 | | 2015 LOBBY RENO | 138.83 | 38471.34 |
| 041515 | | APPLY LATE FEE | | 01 | | Late Fees | 50.00 | 38521.34 |
| 041515 | | INTEREST | | 04 | | Interest | 18.04 | 38539.38 |
| | | | | | | | | |
| 050115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 38855.40 |
| 050115 | | | | C4 | | 2015 LOBBY RENO | 138.83 | 38994.23 |
| 052215 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 39019.23 |
| 052215 | | INTEREST | | 04 | | Interest | 18.28 | 39037.51 |
| | | | | | | | | |
| 060115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 39353.53 |
| 060115 | | | | C4 | | 2015 LOBBY RENO | 138.83 | 39492.36 |
| 061115 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 39517.36 |
| 061115 | | INTEREST | | 04 | | Interest | 18.51 | 39535.87 |
| | | | | | | | | |
| 070115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 39851.89 |
| 070115 | | | | C4 | | 2015 LOBBY RENO | 138.83 | 39990.72 |
| | | | | | | | | |
| 080115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 40306.74 |
| 080115 | | | | C4 | | 2015 LOBBY RENO | 138.83 | 40445.57 |
| 081115 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 40470.57 |
| | | | | | | | | |
| 090115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 40786.59 |
| 090115 | | | | C4 | | 2015 LOBBY RENO | 138.83 | 40925.42 |
| 090115 | | EXPENSE ADJ | | C4 | | 2015 LOBBY RENO | (138.83) | 40786.59 |
| 090115 | Reverse 2015 Lobby Renovation | | | | | | | |
| 091115 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 40811.59 |
| | | | | | | | | |
| 100115 | | APPLY CHARGES | | A1 | | Assessment | 316.02 | 41127.61 |
| 101415 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 41152.61 |

DATE:  7/17/18 TIME:  8:53 AM          **Mirador 1200 Condominium Assoc**                    Page: 3

**FINANCIAL TRANSACTIONS - 07/17/18**

1200 West Avenue # 824
Pedrag Vujin
Unit ID: 824
START DATE: 02/14/14     PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|------|-----------|---------|--------|------|-----|-------------|--------|---------|
| 101415 | | INTEREST | 04 | | | Interest | 579.28 | 41731.89 |
| 110115 | | APPLY CHARGES | A1 | | | Assessment | 316.02 | 42047.91 |
| 111115 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 42072.91 |
| 111115 | | INTEREST | 04 | | | Interest | 584.32 | 42657.23 |
| 120115 | | APPLY CHARGES | A1 | | | Assessment | 316.02 | 42973.25 |
| 121415 | | INTEREST | 04 | | | Interest | 608.63 | 43581.88 |
| 121415 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 43606.88 |
| 010116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 44013.05 |
| 011216 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 44038.05 |
| 011416 | | INTEREST | 04 | | | Interest | 615.61 | 44653.66 |
| 020116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 45059.83 |
| 021116 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 45084.83 |
| 030116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 45491.00 |
| 031116 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 45516.00 |
| 040116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 45922.17 |
| 041216 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 45947.17 |
| 050116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 46353.34 |
| 051116 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 46378.34 |
| 051116 | | INTEREST | 04 | | | Interest | 641.97 | 47020.31 |
| 060116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 47426.48 |
| 061316 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 47451.48 |
| 070116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 47857.65 |
| 071116 | | INTEREST | 04 | | | Interest | 633.65 | 48491.30 |
| 071116 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 48516.30 |
| 070116 | | APPLY CHARGES | C9 | | | WINDOW SA 2016 | 42.59 | 48558.89 |
| 080116 | | APPLY CHARGES | A1 | | | Assessment | 406.17 | 48965.06 |
| 080116 | | | C9 | | | WINDOW SA 2016 | 42.59 | 49007.65 |
| 081116 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 49032.65 |
| 081116 | | APPLY LATE FEE | 01 | | | Late Fees | 25.00 | 49057.65 |