Case 1:18-cv-21483-KMW Document 34-7 Entered on FLSD Docket 05/18/2018 Page 23 of 72
Case 1:18-cv-21483-KMW Document 1 Entered on FLSD Docket 04/13/2018 Page 16 of 48
3/11/2018 Miami-Dade Official Records - Print Document

THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

COMPLEX BUSINESS LITIGATION DIVISION

CASE NO.: 07-16810-CA (40)

PETER M.P. VUJIN, ESQ., an individual,

    Plaintiff,

vs.

LOUIS ZARETSKY, ESQ., an individual, AND **CRESCENT HEIGHTS OF AMERICA, INC.**, a Florida for Profit Corporation, AND **MIRADOR MASTER ASSOCIATION, INC.**, a Florida Not for profit Corporation, AND **1100 WEST PROPERTIES, LLC**, a Foreign Limited Liability Co., AND **JUAN BONFILL**, an individual, AND **J. BONFILL & ASSOCIATES, INC.**, a Florida for profit Corporation, AND **1200 WEST REALTY, LLC**, a foreign Limited Liability Company, AND **EUROHYPO A G, NEW YORK BRANCH**, a Foreign Company,

    Defendants.

## STIPULATION BETWEEN PLAINTIFF PETER M.P. VUJIN, INDIVIDUALLY, AND DEFENDANT CRESCENT HEIGHTS OF AMERICA, INC. AND DEFENDANT 1200 WEST REALTY, LLC FOR AN ORDER OF DISMISSAL WITH PREJUDICE AS TO THE ABOVE-NAMED DEFENDANTS ONLY

IT IS HEREBY STIPULATED and agreed pursuant to that certain Acceptance of the Offer of Judgment, both attached hereto, solely between PETER M.P. VUJIN, ESQ., as the individual Plaintiff, and CRESCENT HEIGHTS OF AMERICA, INC., and 1200 WEST REALTY, LLC, as the Offering Defendants, by and through undersigned counsel, that

584990v1

EXHIBIT "A" 1/2

this cause having been amicably settled, solely between PETER M.P. VUJIN, ESQ., as Plaintiff, and CRESCENT HEIGHTS OF AMERICA, INC., and 1200 WEST REALTY, LLC, as Offering Defendants, without admissions of any type by any party hereto, may be dismissed with prejudice to PETER M.P. VUJIN, ESQ., as Plaintiff, only against CRESCENT HEIGHTS OF AMERICA, INC., AND 1200 WEST REALTY, LLC, the parties to bear their own attorney's fees and costs.

DATED as a Stipulation this 31st day of July, 2008.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2008.

GILL FREEMAN
Circuit Court Judge

**WE SO STIPULATE:**

For Plaintiff PETER VUJIN:

BY: _____
International Legal Consultants, PLLC
Albert L. Weintraub, Esq.
Florida Bar No.: 085851

BY: _____
International Legal Consultants, PLLC
Peter M.P. Vujin, Esq.
Florida Bar No.: 641243

For Defendants CRESCENT HEIGHTS
OF AMERICA, INC. and
1200 WEST REALTY, LLC:

BY: _____
Shook, Hardy & Bacon L.L.P.
Richard C. Smith, Esq.
Florida Bar No.: 139194

584990v1

2

EXHIBIT "A" 2/2