

Peter Vujin <petermvujinesq@gmail.com>

## ACTION REQUIRED - Matter 224: MIR-1200-824-Collections
4 messages

**O'Connor, Melissa** <law@peytonbolin.com>  
Reply-To: melissa@peytonbolin.com, p20a224@peytonbolin.com  
To: petermvujinesq@gmail.com

Wed, Dec 6, 2017 at 11:11 AM

Good Morning Mr. Vujin

As you know I represent Mirador 1200 Condominium Association. We understand you recently lost title to your unit in the bank's mortgage foreclosure action. In light of this the Association is inclined to simply dismiss this pending case for past due assessments with each side bearing its own attorneys fees and costs.

Let me know if you have an objection to such a resolution at this time.

Thank you  
-M



**Melissa O'Connor, Attorney**  
PeytonBolin, PL  
954.316.1339 | ext 4004  
| melissa@peytonbolin.com |  
www.peytonbolin.com

   

PeytonBolin, PL may be collecting information pertaining to the collection of a debt. Any information collected for this purpose will be used solely for that purpose. This e-mail contains information from PeytonBolin, PL that may be confidential, privileged, and exempt from disclosure under applicable law. The information is intended only for use by the person or entity to which it is addressed. If you are not the intended recipient of this message, you are hereby notified that any review, dissemination, distribution or copying of this message and any attachments thereto, is strictly prohibited. If you have received this message in error, please notify us immediately by telephone at 954-316-1339.

---

**Peter Vujin** <petermvujinesq@gmail.com>  
To: rob weber <rhwlaw@gmail.com>

Thu, Dec 7, 2017 at 8:57 AM

[Quoted text hidden]

---

**Peter Vujin** <petermvujinesq@gmail.com>  
To: p20a224@peytonbolin.com, melissa@peytonbolin.com  
Cc: Peter Vujin <petermvujinesq@gmail.com>  
Bcc: rob weber <rhwlaw@gmail.com>

Thu, Dec 7, 2017 at 8:59 AM

Good Morning, dear Ms. O'Connor, esq:

Im in receipt and will respond shortly.

Thank you very much and have a good day,

Yours,

Peter

[Quoted text hidden]

---

**Peter Vujin** <petermvujinesq@gmail.com>  
To: rob weber <rhwlaw@gmail.com>, Peter Vujin <petermvujinesq@gmail.com>

Thu, Dec 7, 2017 at 9:00 AM

If they dismiss, we get attorneys fees.  
If they dont dismiss, since their lien is extinguished, they are racketeering, collecting an uneforceable debt.

;)

P

---------- Forwarded message ----------  
From: "O'Connor, Melissa" <law@peytonbolin.com>  
Date: Dec 6, 2017 16:11  
Subject: ACTION REQUIRED - Matter 224: MIR-1200-824-Collections  
To: <petermvujinesq@gmail.com>  
Cc:

[Quoted text hidden]