```
 1      was necessary I'm simply not going to
 2      allow him to start testifying on his own
 3      at this point.
 4  BY MS. FALCONE:
 5      Q.   Okay.  Was there a clarification to
 6  the no-contact order?
 7      A.   I believe you've already clarified
 8  it.
 9           THE COURT:  Thank you very much.
10           Anything further?  Any recross at
11      this time?
12           MR. WEBER:  Yes, Your Honor, just a
13      couple follow-up questions.
14           THE COURT:  Thank you.
15                RECROSS-EXAMINATION
16  BY MR. WEBER:
17      Q.   And did you represent the
18  association?
19      A.   Which association?
20      Q.   The Mirador.
21      A.   I represented Mirador 1200, yeah.
22      Q.   Okay.  And did you also review their
23  financial statements?
24           MS. FALCONE:  Objection, irrelevant.
25           THE COURT:  It's beyond the cross
```

1     and/or redirect at this point, but since
2     I'm going to give a little latitude I
3     think I'll allow the question.  I'm not
4     sure what the purpose is but, yes, did you
5     review their financial statements was the
6     question.
7          THE WITNESS:  No.
8          MR. WEBER:  Okay.  Thank you, Your
9     Honor.
10         THE COURT:  That you very much.
11         You may step down.
12         Would there be any need to re-call
13    this witness later in the proceedings or
14    may we dismiss him at this time?
15         MS. FALCONE:  He may be dismissed.
16         MR. WEBER:  May we -- can we reserve
17    that option?
18         THE COURT:  It depends, yes, we don't
19    know what the next witness might testify
20    to.
21         Do you have some time to spare with
22    us here this morning?  We have one other
23    witness I believe to be called.
24         MS. FALCONE:  From the Bar.
25         THE COURT:  From the Bar, okay.