UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 18-cv-21483

Honorable United States District Court Judge:

PETER M. VUJIN,

    Plaintiff,

vs.

JENNIFER FALCONE, individually and in official capacity,
THE FLORIDA BAR, a subdivision and Agency of the State of Florida,
RUSSELL W. GALBUT, individually,
MONICA GORDO, State Court Judge, individually and in official capacity,
ERIC GRABOIS, individually,
ERIC J. GRABOIS, P.L, a Florida Company,
MICHAEL HIGER, solely in official capacity as the President of the Florida Bar,
MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC., a Florida Corporation,
PEYTON BOLLIN, P.L., A Florida Company,
RONALD WOLFF, individually, AND
JOHN DOE, individually and in his official capacity as bailiff of the State of Florida.

    Defendants.

_____/

## 28 US CODE SECTION 1746 STATEMENT OF WITNESS DUSAN DANCULA

**COMES NOW**, DUSAN DANCULA, and being first duly sworn, states as follows:

1. My name is DUSAN DANCULA and I am over 18 years of age. I have personal knowledge of all the facts stated herein because I was present when they happened. I am of sound mind, and competent to testify and will do so in court.

2. PETER M. VUJIN, ESQUIRE, asked me to accompany him to the Miami-Dade County Courthouse, located at 73 West Flagler Street, Miami, Florida, when he went to court on 10/04/2018 in the case of VUJIN. vs. MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC., because he was scared, and is scared, to attend court alone,

because he was stalked and battered by a bailiff in that Courthouse every single time he went to litigate this case.

3. Specifically, on 10/04/2018, I accompanied PETER M. VUJIN to a hearing in the case titled VUJIN vs. MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC., pending in Miami-Dade County, Florida.

4. I immediately noticed that approximately 8 Miami-Dade County Sheriff's Deputies were standing immediately behind Mr. PETER M. VUJIN, ESQUIRE, as he was presenting this case. I immediately deduced, since I have never seen such a great number of armed deputies in any Court proceeding, that the Sheriff's Deputies were present in an intimidating manner, in order to scare Mr. PETER M. VUJIN, ESQUIRE from prosecuting his case.

5. I observed that Mr. PETER M. VUJIN, ESQ. had an expression of extreme fear on his face during the aforementioned hearing, and that he looked like he was going to have a panic attack.

6. PETER M. VUJIN was also threatened by imprisonment for his political statements made during the course of the case by Judge Monica GORDO. Furthermore, PETER M. VUJIN complained to me that Judge GORDO, and other people, combined and agreed to harm and intimidate him in order to prevent him from attending court, investigating suspicious deaths of his neighbors, Mr. and Mrs. Gould, in order to protect people who are friends of Judge Monica GORDO and other Defendants and thereby obstruct justice in Miami-Dade County, Florida.

7. PETER M. VUJIN asked me to accompany him again each and every time he goes to court, particularly, when the matter to be heard concerns the case titled VUJIN vs.

MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC., so that, if he were falsely arrested, I would be the witness and liaison with his family.

8. I have no interest in this matter.

**FURTHER AFFIANT SAYETH NAUGHT**

**I DECLARE** under penalty of perjury of the laws of the United States of America that all of the foregoing is true and correct. DATED: October 4th, 2018.

/s/

DUSAN DANCULA