## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 18-cv-21483

Honorable United States District Court Judge:

PETER M. VUJIN,

      Plaintiff,

vs.

JENNIFER FALCONE, individually and in official capacity,
THE FLORIDA BAR, a subdivision and Agency of the State of Florida,
RUSSELL W. GALBUT, individually,
MONICA GORDO, State Court Judge, individually and in official capacity,
ERIC GRABOIS, individually,
ERIC J. GRABOIS, P.L., a Florida Company,
MICHAEL HIGER, solely in official capacity as the President of the Florida Bar,
MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC., a Florida Corporation,
PEYTON BOLLIN, P.L., A Florida Company,
RONALD WOLFF, individually, AND
JOHN DOE, individually and in his official capacity as bailiff of the State of Florida.

_____/

### 28 US CODE SECTION 1746 STATEMENT OF WITNESS
### ZOUBIR CHENINI

**COMES NOW**, ZOUBIR CHENINI, and being first duly sworn, states as follows:

1. My name is ZOUBIR CHENINI and I am over 18 years of age. I have personal knowledge of all the facts stated herein because I was present when they happened. I am competent to testify and will do so in court.

2. PETER M. VUJIN asked me to accompany him to the Miami-Dade County Courthouse, located at 73 West Flagler Street, Miami, Florida, when he went to court because he was scared, and is scared, to attend court alone.

3. In particular, on 1/10/2017, I accompanied PETER M. VUJIN to a hearing in the case