titled VUJIN vs. MIRADOR 1200 CONDOMINIUM, INC., pending in Miami-Dade County, Florida.

4. PETER M. VUJIN was afraid to attend that hearing alone because he was battered by a bailiff every time he went to court on this case.

5. PETER M. VUJIN was also threatened by imprisonment for his political statements made during the course of the case by Judge Monica GORDO. Furthermore, PETER M. VUJIN complained to me that Judge GORDO, and other people, combined and agreed to harm and intimidate him in order to prevent him from attending court, investigating suspicious deaths of his neighbors, Mr. and Mrs. Gould, in order to protect people who are friends of Judge Monica GORDO and other Defendants and thereby obstruct justice in Miami-Dade County, Florida.

6. PETER M. VUJIN asked me to accompany him again each and every time he goes to court, particularly, when the matter to be heard concerns the case titled VUJIN vs. MIRADOR 1200 CONDOMINIUM ASSOCIATION, INC.

7. I have no interest in this matter.

FURTHER AFFIANT SAYETH NAUGHT

**I DECLARE** under penalty of perjury that the foregoing is true and correct. DATED: May 30th, 2018.

/s/

ZOUBIR CHENINI