UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18- 21483-CIV-WILLIAMS

PETER M. VUJIN,

    Plaintiff,

vs.

RUSSELL W. GALBUT, *et al*

    Defendants.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order dismissing Plaintiff's complaint with prejudice. (DE 154). Accordingly, it is **ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants. Plaintiff Peter M. Vujin shall take nothing from his claims.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of July, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE